## (April 12, 1982)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY MASSEY, Petitioner, v EUGENE S. LeFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus denied, upon the ground that there is no basis to depart from traditional orderly procedure by resort to habeas corpus during pendency of a direct appeal from the judgment of conviction (*People ex rel. Keitt v McMann,* 18 NY2d 257). Sweeney, J. P., Kane, Main, Casey and Mikoll, JJ., concur.

## (April 13, 1982)

■ In the Matter of the Claim of MUHARREM KRASNIQI, Respondent. MUSTAFA SIMNICA, Doing Business as SKENDERBEG'S RESTAURANT, Appellant. PHILIP Ross, as Industrial Commissioner, Respondent. — Motion to dismiss appeal as untimely taken, pursuant to section 624 of the Labor Law, denied, without costs (see *Matter of Gonzalez [Ross],* 47 NY2d 922). Mahoney, P. J., Sweeney, Yesawich, Jr., Weiss and Levine, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES M. LEE, Petitioner, v EUGENE S. LeFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPL 7002 (subd [b], par 2), for writ of habeas corpus denied, without costs, on the ground that it appears from the papers that petitioner is not illegally detained. Mahoney, P. J., Sweeney, Kane, Main and Levine, JJ., concur.